IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ORR ASSOCIATES, INC.<br>2801 M Street, N.W.<br>Washington, D.C. 20007<br><br>    Plaintiff,<br><br>  v.<br><br>JENNIFER MOTTERSHEAD<br>1306 27th Street, N.W.<br>Washington, D.C. 20007<br><br>  and<br><br>FOUNDATION MANAGEMENT<br>GROUP<br>1055 Thomas Jefferson Street, N.W.<br>The Foundry, Suite L 14<br>Washington, D.C. 20007<br><br>    Defendants. | Case Number: _____ |

**PLAINTIFF'S LOCAL CIVIL RULE 7.1
CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS**

  Plaintiff Orr Associates, Inc. ("OAI"), by counsel, submits this Certificate of Disclosure of Corporate Affiliations pursuant to Local Civil Rule 7.1.

  OAI is a privately-held corporation, and it has no parent companies, subsidiaries, or affiliates with outstanding securities in the hands of public.

  This information is provided only so that the judges of this Court may determine the need for recusal.

Respectfully submitted,

*Stanley J. Brown* /CMB
Stanley J. Brown (#94946)
Christine M. Burke (#492074)
HOGAN & HARTSON LLP
8300 Greensboro Drive, Suite 1100
McLean, Virginia 22102
Tel: 703-610-6100
Fax: 703-610-6200

Counsel for Plaintiff Orr Associates, Inc.

Dated: February 21, 2007

2