IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORR ASSOCIATES, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>JENNIFER MOTTERSHEAD<br><br>and<br><br>FOUNDATION MANAGEMENT GROUP<br><br>    Defendants. | Civil Action No.: 07-00376-JDB |

## NOTICE OF DISMISSAL WITH PREJUDICE

Notice is hereby given that Plaintiff Orr Associates, Inc. hereby dismisses the above-entitled action with prejudice as settled, each party to bear its own costs. The Clerk of Court is requested to enter this dismissal in the records of this Court.

Respectfully submitted,

ORR ASSOCIATES, INC.

By: _Stanley J. Brown_
Stanley J. Brown (#94946)
Christine M. Burke (#492074)
HOGAN & HARTSON LLP
8300 Greensboro Drive, Suite 1100
McLean, Virginia 22102
Tel: 703-610-6100
Fax: 703-610-6200

Dated: May 8, 2007

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Dismissal with Prejudice was served this 25th day of May, 2007, by first class mail, postage prepaid, upon:

Jennifer Mottershead
1306 27th Street, N.W.
Washington, D.C. 20007


Foundation Management Group
1055 Thomas Jefferson Street, N.W.
The Foundry, Suite L 14
Washington, D.C. 20007


_Christine M. Burke/cg_
Christine M. Burke